IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC WILLIAMS,

     Plaintiff,                    No. CIV S-06-2038 LKK KJM P

    vs.

SGT. SWAN, et al.,

     Defendants.            ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On March 7, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff. Plaintiff has not filed objections to the findings and recommendations.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1. The findings and recommendations filed March 7, 2007, are adopted in full; and

2. Claims two and three of the complaint are dismissed for failure to exhaust administrative remedies.

DATED: May 7, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT